JOHN L. HOSACK (SBN: 42876)
BRIAN T. HARVEY (SBN: 238991)
BUCHALTER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400
Email: bharvey@buchalter.com

Counsel for
Bank of the West

**FILED & ENTERED**

**AUG 01 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

**CHANGES MADE BY COURT**

<u>NOT FOR PUBLICATION</u>

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:16-bk-25444-RK |
| WLADIMIR JOHN KLIMENKO, | Chapter: 7 |
| Debtor. | Adv. No. 2:17-ap-01217-RK |
| ROSENDO GONZALEZ, CHAPTER 7 TRUSTEE, | ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT BANK OF THE WEST TO SERVE A RESPONSE TO COMPLAINT |
| Plaintiff, | |
| v. | |
| ROBERT ANTHONY BROWN, an individual; LAW OFFICES OF ROBERT BROWN, an unknown business entity; ACQUIPLIED ASSETS, B.T.. a Nevada Business Trust; WLADIMIR JOHN KLIMENKO LIVING TRUST DATED MARCH 10, 2015, a California Trust; JEFFREY ALAN ABRAHAM, TRUSTEE OF THE JEFFREY ALAN ABRAHAM LIVING TRUST DATED 1/28/1997; JMS FINANCIAL, INC., an entity of unknown form; DEANNA SHAPIRO, an individual; BANK OF THE WEST, a California corporation; | |
| Defendants. | |

The Court having considered the Stipulation for Extension of Time to File a Response to Complaint (the "Stipulation"), and good cause appearing, hereby ORDERS as follows:

1. The Stipulation is approved ~~in its entirety~~.

2. The Response Deadline for Bank of the West (BOTW) for **serving** its response to the Complaint is thirty (30) days from the date that BOTW receives written notice from the Trustee that a response to the Amended Complaint is required.[1] ***See* Federal Rule of Bankruptcy Rule 7012(a)(referring to "service" rather than "filing" for a response to a complaint in an adversary proceeding such as this one);** *see also,* **Federal Rule of Bankruptcy Procedure 7005(d)(requiring filing of a pleading or other paper in an adversary proceeding within a reasonable time after service).**

\# \# \#

Date: August 1, 2017

_____
Robert Kwan
United States Bankruptcy Judge

---

[1] ~~Defined terms used herein have the same meaning as set forth in the Stipulation.~~